UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:

FELIX MANTILLA DRYE AND              CHAPTER   13
DOROTHEA MCCLARY DRYE,               CASE NO.  18-11149

DEBTORS

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES Americredit Financial Servies, Inc. dba GM Financial ("AFS/GMF"), by and through Counsel, pursuant to 11 U.S.C. § 506 and 1325, and objects to confirmation of Debtors' Notice of Chapter 13 Plan respect to motor vehicle collateral owned by Debtors and in support thereof shows to the Court the following:

1. Debtors filed the Chapter 13 bankruptcy petition initiating this case on October 22, 2018.

2. On June 22, 2015, Debtors purchased under the terms of a Retail Installment Sales Contract ("Retail Contract") a 2009 BMW 1 Series, Vehicle Identification Number WBAUC73569VK95529 ("Motor Vehicle"). Pursuant to the terms of the Retail Contract, AFS/GMF is the secured creditor as to the Motor Vehicle.  Attached hereto as Exhibit "A" and incorporated by reference herein as if set forth in its entirety is a copy of the Retail Contract.

3. AFS/GMF is the first lienholder of the Motor Vehicle as indicated on the Certificate of Title.  Attached hereto as Exhibit "B" and incorporated by reference herein as if set forth in its entirety is a copy of the Certificate of Title.

4. AFS/GMF filed Proof of Claim for a payoff of $19,786.55 with a secured claim of $10,150.00. The Proof of Claim as filed is incorporated by reference herein as if set forth in its entirety.

5. The proposed Chapter 13 Plan secures AFS/GMF for only $8,527.50 based on 109,225 miles with monthly payments of $170.00 and interest at the Trustee rate of 7.00% and preconfirmation adequate protection payments of $85.28.

6. According to the December 20, 2018, N.A.D.A. Used Car Guide, the clean retail value for the Motor Vehicle with 109,225 miles should be $10,150.00. Attached to this Motion as Exhibit "C" and incorporated by reference herein as if set forth in its entirety is a copy of the December 20, 2018, N.A.D.A. Official Used Car Guide.

7. Using the Middle District of North Carolina's 90% of N.A.D.A. value as its valuation method, AFS/GMF's secured claim should not be less than $9,135.00 with preconfirmation adequate protection payments of not less than 1% ($91.35 per month), interest at the Trustee rate of 7.00%, with the balance unsecured. Furthermore, Debtor purchased and financed a GAP contract for $795.00. Should Debtor assume and not reject the extended service contract, Debtor must pay AFS/GMF the unearned balance remaining.

8. AFS/GMF objects to Debtors' Chapter 13 plan because it is not submitted in good faith as to AFS/GMF and fails to secure AFS/GMF as required under the bankruptcy code and valuation method of the Middle District of North Carolina. AFS/GMF moves the Court to deny confirmation and dismiss the case, unless AFS/GMF is secured in an amount not less than $9,135.00 with preconfirmation adequate protection payments of not less than 1% ($91.35 per month), interest at the Trustee rate of 7.00%, with the balance unsecured. Furthermore, Debtors must assume or reject the GAP Contract.

WHEREFORE, Americredit Financial Servies, Inc. dba GM Financial moves the Court to deny confirmation and dismiss Debtors' case, unless the Court can secure AFS/GMF in an amount not less than $9,135.00 with preconfirmation adequate protection payments of not less

than 1% ($91.35 per month), interest at the Trustee rate of 7.00%, with the balance unsecured.

Furthermore, Debtors must assume or reject the GAP Contract.

DATED: January 10, 2019	CHRISTOPHER LEWIS WHITE, P.A.

<u>/s/Christopher Lewis White</u>
Christopher Lewis White
Attorney for Americredit Financial Services, Inc.
dba GM Financial
N.C. State Bar # 12798
Post Office Box 31428
Raleigh, NC 27622
Telephone: 919.786.4805

Fax: 919.882.8603
chriswhitelawfirm@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:

FELIX MANTILLA DRYE AND     CHAPTER   13
DOROTHEA MCCLARY DRYE,        CASE NO.   18-11149

DEBTORS

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies under penalty of perjury that on this date the foregoing Motion for Relief from Automatic Stay was served by U.S. Postal Service first class mail or electronically as follows:

Felix Mantilla Drye (FCM)              Anita Jo Kinlaw Troxler (ECF)
Dorothea McClary Drye                  Chapter 13 Trustee
P.O. Box 2755                          PO Box 1720
Burlington, NC 27215                   Greensboro, NC 27402-1720

Damon T. Duncan (ECF)
Attorney for Debtors
628 Green Valley Road, Suite 304
Greensboro, NC 27408

DATED: January 10, 2019.              CHRISTOPHER LEWIS WHITE, P.A.

                                       /s/Christopher Lewis White
                                       Christopher Lewis White
                                       Attorney for Americredit Financial Services, Inc.
                                       dba GM Financial
                                       N.C. State Bar #  12798
                                       Post Office Box 31428
                                       Raleigh, NC  27622
                                       Telephone:  919.786.4805
                                       Fax:  919.882.8603
                                       chriswhitelawfirm@gmail.com

4